DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
Dana@Suntag-Feuerstein.com

Attorneys for Defendants
ERIC WILSON, individually
and doing business as
WILSON SWEEPING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al., | Case No. C 05-01873 EMC |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| WILSON SWEEPING COMPANY, et al., | |
| Defendants. | |

WHEREAS, the parties are attempting to resolve the claims asserted in this case;

WHEREAS, Defendants require additional time to review their records to determine their potential liability for the claims asserted in this case;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel of record, that Defendants shall have an extension of time, through and including July 1, 2005, to move, plead, or otherwise respond to the Complaint. This is the first extension of time in this case and it will not affect any deadline previously set by the Court.

Dated: June __, 2005

SUNTAG & FEUERSTEIN
A Professional Corporation

By: _____
DANA A. SUNTAG
Attorneys for All Defendants

Dated: June __, 2005

STANTON, KAY & WATSON, LLP

By: _____
JAMES P. WATSON
Attorneys for All Plaintiffs

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2005

_____
UNITED STATES MAGISTRATE JUDGE
Edward M. Chen

APPROVED
Judge Edward M. Chen

STIPULATION AND ORDER
FOR EXTENSION OF TIME TO PLEAD
Case No. C 05-01873 EMC

2

**PROOF OF SERVICE**

I am over the age of 18 years, a resident of San Joaquin County, California, and not a party to this action. My business address is The Kress Building, 20 N. Sutter, Fourth Floor, Stockton, California 95202.

On June 17, 2005, I served the following document:

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Addressed to:

James P. Watson, Esq.
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, California 94105

__XX__ **(BY MAIL)** by placing the envelope for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2005, at Stockton, California.

_____
DEANNA FILLON

1