DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
Dana@Suntag-Feuerstein.com

Attorneys for Defendants
ERIC WILSON, individually
and doing business as
WILSON SWEEPING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al., | Case No. C 05-01873 CW |
| Plaintiffs, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| WILSON SWEEPING COMPANY, et al., | |
| Defendants. | |

1     WHEREAS, in this lawsuit, Plaintiff claims Defendant employer failed to make appropriate contributions to Plaintiff union trust funds;

    WHEREAS, Defendants have retained a certified public accountant to review their payroll records to attempt to determine the proper contribution amounts;

    WHEREAS, the CPA is in the process of reviewing the payroll records so that Defendant can determine what the proper contribution amounts are;

    WHEREAS, Plaintiffs previously granted Defendants an extension of time through July 1, 2005, to conduct their analysis and respond to the Complaint, which extension of time was so ordered by the Court on stipulation on or about June 20, 2005;

    WHEREAS, the CPA's analysis of the payroll records has taken longer than anticipated, despite diligent efforts by the CPA, but the CPA anticipates being able to complete his analysis within approximately two weeks;

    WHEREAS, Defendants anticipate attempting to resolve the entire case with Plaintiffs when the CPA has completed his analysis;

    IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel of record, that Defendants have a second extension of time, through and including July 22, 2005, to move, plead, or otherwise respond to the

Complaint. This is the second extension of time in this case and it will not affect any deadline previously set by the Court.

Dated: June __, 2005

SUNTAG & FEUERSTEIN
A Professional Corporation

By: _____
DANA A. SUNTAG
Attorneys for All Defendants

Dated: June __, 2005

STANTON, KAY & WATSON, LLP

By: _____
~~JAMES P. WATSON~~ BRUCE K. LEIGH
Attorneys for All Plaintiffs

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/5/05

/s/ CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am over the age of 18 years, a resident of San Joaquin County, California, and not a party to this action. My business address is The Kress Building, 20 N. Sutter, Fourth Floor, Stockton, California 95202.

On June 30, 2005, I served the following document:

**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Addressed to:

James P. Watson, Esq.
Bruce R. Leigh, Esq.
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, California 94105

__XX__ **(BY MAIL)** by placing the envelope for collection and mailing on the date and at the place showing below following our ordinary business practices. I am readily familiar with the business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2005, at Stockton, California.

_____
DEANNA FILLON

1