|   |   |
|---|---|
| 1 | James P. Watson (SBN 046127) |
|   | Bruce K. Leigh (SBN 129753) |
| 2 | Andrea J. Kirkpatrick (SBN 229363) |
|   | STANTON, KAY & WATSON, LLP |
| 3 | 101 New Montgomery Street, 5th Floor |
|   | San Francisco, CA 94105-3612 |
| 4 | Telephone: 415-512-3501 |
|   | Facsimile: 415-512-3515 |
| 5 |   |
|   | Attorneys for Plaintiffs |
| 6 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, | Case No.:  C-05-01873 CW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
|---|---|
| Plaintiffs, |   |
| v. |   |
| WILSON SWEEPING COMPANY, a Business Entity; and ERIC WILSON, an Individual, |   |
| Defendants. |   |

IT IS HEREBY STIPULATED, by and between all plaintiffs and all defendants, by and through their respective counsel of record, that the within action may be dismissed, without

- 1 -
**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER [CASE NO. C-05-01873 CW]**

prejudice, each party to bear its own costs and fees (except to the extent expressly stated otherwise in the settlement agreement between the parties).

This stipulation is entered into because the parties have reached a settlement which the parties anticipate will entirely dispose of this matter once all payments under it are made.

WHEREFORE, it is respectfully requested that the court enter its order of dismissal as indicated herein.

DATED: September ____, 2005            STANTON, KAY & WATSON, LLP


                                        By_____
                                              James P. Watson

                                        Attorneys for all Plaintiffs

DATED: September ____, 2005            SUNTAG & FEUERSTEIN
                                        A Professional Corporation


                                        By_____
                                              Dana A. Suntag

                                        Attorneys for all Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

Upon reading the Stipulation for Dismissal of counsel for the parties herein, it is hereby ORDERED that the within action is dismissed without prejudice, each party to bear its own costs and fees (except to the extent expressly stated otherwise in the settlement agreement between the parties).

                                        /s/ CLAUDIA WILKEN

DATED: _9/20/05_____          _____
                                        Hon. Claudia Wilken
                                        United States District Judge